UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

1020 ELECTRONIC GAMBLING MACHINES,

    Defendant,

SPOKANE TRIBE OF INDIANS,

    Claimant.

No. CV-98-265-FVS

ORDER GRANTING MOTION TO DISMISS

**THIS MATTER** having come before the Court based upon the parties' "Joint Stipulation to Dismiss"; Now, therefore

**IT IS HEREBY ORDERED:**

1. The parties' motion to dismiss (Ct. Rec. 95) is granted.

2. The action is dismissed without prejudice pursuant to the terms set forth in the "Joint Stipulation" that was filed on April 20, 2006.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, close the file and furnish copies to counsel.

**DATED** this   24th   day of April, 2006.

                     s/ Fred Van Sickle
                       Fred Van Sickle
             United States District Judge

ORDER - 1